UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT SALNA<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>W. BENSON HARER, JR., M.D. and<br>TERRY ZUWA,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-00817-RAJ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ZUWA** |

This matter comes before the Court on plaintiff Salna's Motion for Entry of Judgment against Defendant Zuwa. The Court has considered plaintiff's motion papers, and HEREBY ORDERS that plaintiff's motion is GRANTED. The Clerk is hereby ordered to enter judgment in favor of plaintiff Salna against defendant Zuwa for actual damages of $50,000, treble damages of $25,000, prejudgment interest of $13,331.51, attorney fees and costs of $36,482.37, for a total judgment of $124,813.88.

DATED this 6th day of March, 2018.

_____
The Honorable Richard A. Jones
United States District Judge